THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Leroy Leek, Appellant.
 
 
 

Appeal From Spartanburg County
 E. C. Burnett, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-469
 Submitted May 1, 2011  Filed October 24,
2011    

AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Senior Assistant Attorney General Harold M. Coombs, Jr., all of
 Columbia; and Solicitor Barry Barnette, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Leroy Leek appeals his conviction for
 voluntary manslaughter, arguing the circuit court erred in failing to instruct
 the jury that he had no duty to retreat prior to his defense of a third party.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v.
 Sales, 285 S.C. 113, 114, 328 S.E.2d 619, 620 (1985) (holding that
 appellant was prejudiced when the circuit court, after instructing the jury
 on the duty to retreat before defending another, failed to instruct the
 jury on an immunity to the duty that was applicable to the facts presented); State
 v. Lee-Grigg, 374 S.C. 388, 415, 649 S.E.2d 41, 55 (Ct. App. 2007) ("To warrant reversal based on the [circuit] court's failure
 to give a requested jury instruction, the failure must be both erroneous and
 prejudicial." (citations omitted)).
AFFIRMED.
HUFF, WILLIAMS, and
 THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.